```
                    FILED
        CLERK, U.S. DISTRICT COURT

                JUN  5 2008

        CENTRAL DISTRICT OF CALIFORNIA
                           BY DEPUTY
```

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA,<br>PLAINTIFF<br>v.<br><br>LORENA ELIZABETH SOLIS-PALOMINO<br>DEFENDANT(S). | CASE NUMBER<br><br>ED 08-224M.<br><br>ORDER OF TEMPORARY DETENTION<br>PENDING HEARING PURSUANT<br>TO BAIL REFORM ACT |
|---|---|

Upon motion of __Defendant__, IT IS ORDERED that a detention hearing is set for __6/11/08__, _____, at __3:00__ ☐a.m. /☒p.m. before the Honorable __Oswald Parada__, in Courtroom __3__.

Pending this hearing, the defendant shall be held in custody by the United States Marshal or _____ and produced for the hearing.
_(Other custodial officer)_

Dated: __6/5/08__

**OSWALD PARADA**
U.S. District Judge/Magistrate Judge